IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Henry, Patrick | Case Number: 05 B 03060 |
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 1/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: February 4, 2009
Confirmed:  April 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 28,487.00 | |
| Secured: | | 10,717.39 |
| Unsecured: | | 13,083.43 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,476.47 |
| Other Funds: | | 509.71 |
| Totals: | 28,487.00 | 28,487.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | Northside "L" Credit Union | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 9,205.16 | 9,205.16 |
| 4. | Monterey Financial Services | Secured | 438.67 | 438.67 |
| 5. | American General Finance | Secured | 1,073.56 | 1,073.56 |
| 6. | Carpet Corner | Unsecured | 1,185.08 | 1,185.08 |
| 7. | Peoples Energy Corp | Unsecured | 548.60 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 451.17 | 451.17 |
| 9. | Nuvell Credit Company LLC | Unsecured | 8,757.97 | 8,757.97 |
| 10. | American General Finance | Unsecured | 439.26 | 439.26 |
| 11. | Comcast Cablevision | Unsecured | 350.37 | 350.37 |
| 12. | SBC | Unsecured | 973.15 | 973.15 |
| 13. | T Mobile USA | Unsecured | 226.47 | 226.47 |
| 14. | Northside "L" Credit Union | Unsecured | 699.96 | 699.96 |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Collection Bureau Of America | Unsecured | | No Claim Filed |
| 17. | CB USA | Unsecured | | No Claim Filed |
| 18. | Park Dansan | Unsecured | | No Claim Filed |
| 19. | Superior Asset Management | Unsecured | | No Claim Filed |
| | | | $ 27,049.42 | $ 26,500.82 |


## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Henry, Patrick

Printed: 02/24/09

Case Number: 05 B 03060
Judge: Hollis, Pamela S
Filed: 1/31/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 90.86 |
| 3% | 50.19 |
| 5.5% | 291.44 |
| 5% | 125.50 |
| 4.8% | 173.31 |
| 5.4% | 374.44 |
| 6.5% | 257.15 |
| 6.6% | 113.58 |
| | $ 1,476.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

